# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

IN RE:

    JOHN M AUSTIN JR
    HOLLY A AUSTIN

    DEBTOR

CASE NO. 11-60704

CHAPTER 13

JUDGE JOHN E. HOFFMAN JR.

---

## OBJECTION TO CONFIRMATION

---

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Comes now Jeffrey P. Norman, Chapter 13 Trustee and objects to confirmation of the plan and would show this Court that in the above-referenced case the Court should enter an order denying confirmation for the reasons set forth below and dismissing the case pursuant to 11 USC §1307(c) for the following:

- **X**   Debtor has not filed a wage order.

- **X**   Form 1015-2 needs to be amended to disclose the Judge assigned (#9) and the real estate information (#8).

- **X**   Debtors are delinquent in their Plan $3,365.00 as of January 22, 2012.

Wherefore, the Trustee prays the Court deny confirmation for the reasons set forth and the case be dismissed or converted to Chapter 7, whichever shall be determined in the creditor's best interest.

Dated: 2/3/2012

Respectfully submitted,

/s/ Jeffrey P. Norman

Jeffrey P. Norman
Chapter 13 Trustee
One Columbus
10 West Broad St., Suite 900
Columbus, OH  43215-3449
Telephone: 614-420-2555

Facsimile: 614-420-2550

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served electronically on the Office of the United States Trustee and Debtor(s)' attorney, and on the Debtor(s) at the address shown below by regular first class mail, postage prepaid on 2/3/2012.

JOHN M AUSTIN JR
HOLLY A AUSTIN
140 GEORGES CREEK DR
PICKERINGTON, OH  43147

/s/ Jeffrey P. Norman
Electronically signed by
Jeffrey P. Norman, Chapter 13 Trustee