**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>   JOHN M AUSTIN JR<br>   HOLLY A AUSTIN<br>            Debtor(s) | Case No. 11-60704 |

**CHAPTER 13 STANDING TRUSTEES' FRBP 2012 REPORT**
**ACCOUNTING OF PRIOR ADMINISTRATION OF CASE**

Jeffery P. Norman, former Trustee for the period from the petition date through August 8, 2014 and Faye D. English, successor Trustee, for the above-captioned case, submit the following accounting of the estate pursuant to 11 U.S.C. §1302(b) and pursuant to Federal Rules of Bankruptcy Procedure 2012(b)(2).

**Receipts:**

| | | |
|---|---:|---:|
| Total paid by or on behalf of the debtor | $29,139.42 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$29,139.42** |

**Expenses of Administration:**

| | | |
|---|---:|---:|
| Attorney's Fees Paid Through the Plan | $2,551.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $1,190.67 | |
| Other | $255.55 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$3,997.22** |
| Attorney fees paid and disclosed by debtor: | $526.00 | |

**Scheduled Creditors:**

| Creditor<br>Name | Class | Claim<br>Scheduled | Claim<br>Asserted | Claim<br>Allowed | Principal<br>Paid | Int.<br>Paid |
|---|---|---:|---:|---:|---:|---:|
| Akron Billing Center | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |
| America's Urgent Care of Pickerington | Unsecured | 149.00 | NA | NA | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL SERVICES | Secured | 13,823.00 | 13,823.00 | 13,853.29 | 8,193.99 | 1,913.22 |
| CALIBER HOME LOANS INC | Secured | NA | 0.00 | 4,856.35 | 4,856.35 | 0.00 |
| CALIBER HOME LOANS INC | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Capital City Construction, LLC | Unsecured | 1,935.00 | NA | NA | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CCS | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |
| CITY OF PICKERINGTON | Priority | 197.80 | 0.00 | 586.84 | 0.00 | 0.00 |
| Diley Ridge Medical Center | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| ECMC | Unsecured | 12,783.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Exeter Finance | Secured | 11,064.00 | 11,064.00 | 11,064.11 | 7,841.63 | 1,427.77 |
| Fairfield County Treasurer | Secured | 3,845.64 | 0.00 | 0.00 | 0.00 | 0.00 |
| GEORGES CREEK HOMEOWNERS AS | Secured | 4,806.04 | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 0.00 | 2,570.80 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 15,424.80 | 0.00 | 13,041.60 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 2,000.00 | 0.00 | 1,385.92 | 0.00 | 0.00 |
| MT CARMEL HEALTH | Unsecured | 388.00 | 0.00 | 200.00 | 0.00 | 0.00 |
| Nationwide Children's Hospital | Unsecured | 125.75 | NA | NA | 0.00 | 0.00 |
| Nationwide Insurance | Unsecured | 117.00 | NA | NA | 0.00 | 0.00 |
| Ohio Health | Unsecured | 1,210.00 | NA | NA | 0.00 | 0.00 |
| PICKERINGTON WATER DEPARTMEI | Unsecured | 141.64 | NA | NA | 0.00 | 0.00 |
| Safe Auto | Unsecured | 166.00 | NA | NA | 0.00 | 0.00 |
| Sallie Mae Inc on behalf of Dept of Educ | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| SOCIAL SECURITY ADMINISTRATION | Unsecured | 1,103.58 | NA | NA | 0.00 | 0.00 |
| The Columbus Dispatch | Unsecured | 19.92 | NA | NA | 0.00 | 0.00 |
| UCB Collections | Unsecured | 1,209.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 33,438.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| VRH | Unsecured | 157.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $29,773.75 | $20,891.97 | $3,340.99 |
| **TOTAL SECURED:** | **$29,773.75** | **$20,891.97** | **$3,340.99** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $13,628.44 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$13,628.44** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$4,156.72** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,997.22 |
| Disbursements to Creditors | $24,232.96 |
| **TOTAL DISBURSEMENTS:** | **$28,230.18** |

**BALANCE TRANSFERRED TO SUCCESSOR TRUSTEE $909.24**

Dated: 08/09/2014

/s/ Jeffery P. Norman            /s/ Faye D. English
Chapter 13 Former Trustee        Chapter 13 Successor Trustee
One Columbus                     One Columbus
10 West Broad St., Suite 900     10 West Broad St., Suite 900
Columbus, Ohio  43215-3449       Columbus, Ohio  43215-3449
(614) 420-2555                   (614) 420-2555
jeff.norman@ch13columbus.com     faye.english@ch13columbus.com

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| In re:<br>    JOHN M AUSTIN JR<br>    HOLLY A AUSTIN<br><br>    Debtor(s) | Case No. 11-60704<br><br>Chapter 13<br><br>Judge John E. Hoffman Jr. |

**CERTIFICATE OF SERVICE**

I hereby certify that on <u>August 09, 2014</u>, a copy of the foregoing Notice of Designation of Chapter 13 Standing Trustee and Transfer of Case to Successor Trustee was served on the following registered ECF particiapnts, **electronically** through the court's ECF system at the email address registered with the court:

US Trustee
Faye D. English
W MARK JUMP ESQ

and on the following by **ordinary U.S. Mail** addressed to:

JOHN M AUSTIN JR
HOLLY A AUSTIN
2472 RIDGEWAY AVE
LANCASTER, OH,   43130


/s/ Faye D. English
Faye D. English
Chapter 13 Trustee